# WARRANT FOR ARREST

852072

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **Rene Oswalo Cobar, et al.** | DOCKET NO: 05-451-01   MAGIS. NO: <br><br> NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> **Rene Oswaldo Cobar** <br> c/o United States Marshal Service <br> Las Vegas, Nevada <br><br> **FILED** <br> MAY 1 6 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| DOB:        PDID: | DISTRICT OF ARREST |
| WARRANT ISSUED ON THE BASIS OF: | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to Distribute Five (5) Kilograms or More of Cocaine with the Intent and Knowledge that the Cocaine Would Be Unlawfully Imported into the United States

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21 U.S.C. § 963 i/c/w 21 U.S.C. §§ 959 & 960, and 18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> *[signature]* | DATE ISSUED: <br> 12/20/05 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: <br> *[signature]* | DATE: <br> DEC 20 2005 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED <br> 12·20·05 | NAME AND TITLE OF ARRESTING OFFICER <br> Sean McLeod   SDUSM | SIGNATURE OF ARRESTING OFFICER <br> S. S. M |
|---|---|---|
| DATE EXECUTED <br> 5.16.06 | | |