UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RENE OSWALD COBAR, et al.** | Crim. No. 05-451-01   (RCL) |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of undersigned counsel on behalf of defendant Rene Oswald Cobar, effective May 16, 2006.

```
              /s/
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, D.C.  20006
(202) 496-0722
(202) 331-1257  (fax)
 JamesLyons@verizon.net  (e-mail)
```

[x]  CJA

[ ]  Retained