# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. NO. 1:05-CR-451** |
| | ) | |
| **RENE OSWALD COBAR** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### GOVERNMENT'S NOTICE OF FILING PREVIOUS COURTS' FINDINGS AND RENEWED MOTION TO DETAIN

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby files the attached orders of detention from the District of Nevada, issued on May 25, 2004 by U.S. Magistrate Judge Lawrence R. Leavitt, and on April 20, 2006 by U.S. Magistrate Judge Peggy A. Leen.  Judge Leavitt concluded that the defendant is a danger to the community and a flight risk, based on several factors, including the amount of cocaine involved (400 kilograms) and the ICE detainer.  Similarly, Judge Leen found the defendant a flight risk based on the amount of cocaine, the defendant's ties to Guatemala, the ICE detainer, and the fact that, when he was initially arrested on the charges in Nevada, the defendant had reported to Pretrial Services in the Southern District of New York that he lived in Miami, Florida, whereas during his transfer proceedings he stated to Pretrial Services in Las Vegas that he had been living in that city for the last ten years.

On May 22, 2006, the undersigned spoke with ICE Special Agent Peter S. Lazaro, who filed an ICE detainer against the defendant on May 21, 2004.  Mr. Lazaro confirmed that the

Case 1:05-cr-00451-RCL    Document 12    Filed 05/23/2006    Page 2 of 2

detainer is still active.  Furthermore, the undersigned has confirmed that the United States

Marshals Service is aware of the detainer.

WHEREFORE, for the foregoing reasons, coupled with those set forth in the

Government's Motion to Detain filed on May 16th, 2006, the Government respectfully renews its

request that the defendant, Rene Oswald Cobar, be detained without bond pending trial.

Respectfully submitted,

/s/ James A. Faulkner
James A. Faulkner
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
(202) 616-8648


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Notice of Filing Previous
Courts' Findings and Renewed Motion to Detain was faxed to James L. Lyons, Esq., counsel for
the defendant, on May 22, 2006.


/s/ James A. Faulkner
James A. Faulkner