# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

Rene Oswald Cobar
*Defendant*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2004 MAY 26 A 9:31

**ORDER OF DETENTION PENDING TRIAL**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

Case Number: CR-S-04-174-JCM(RJJ)

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I - Findings of Fact
____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

  ____ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
  ____ an offense for which the maximum sentence is life imprisonment or death.
  ____ an offense for which a minimum term of imprisonment of ten years or more is prescribed in _____ *
  ____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
____ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1)
____ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings(A)
__X__ (1) There is probable cause to believe that the defendant has committed an offense
  __X__ for which a maximum term of imprisonment of ten years is described in __21 USC 841__
  ____ under 18 U.S.C.§924(c)
__X__ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)
__X__ (1) There is a serious risk that the defendant will not appear.
__X__ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

There is a detainer lodged against the defendant by BICE.
The Government represents the defendant had a role in brokering the sale of approximately 400 kilograms of cocaine and conspired to launder $210,000 to an undercover agent. Given the nature of the extent of drug trafficking and the association with whom the defendant is allegedly involved, the Court finds there is a danger to the community and no condition or combination of conditions will reasonable assure the safety of the community.
The sentence is significant if the defendant is convicted. The defendant's telephone conversation with an undercover agent was recorded. Therefore, the evidence is significant in this case.

### Part II - Written Statement of Reasons for Detention
I find that the credible testimony and information submitted at the hearing established by clear and convincing evidence that the defendant is a danger to the community and by a preponderance of the evidence that the defendant is a risk of flight and no condition or combination of conditions will reasonably assure his appearance.

### Part III - Directions Regarding Detention
The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: May 25, 2004

___ FILED ___ RECEIVED
✓ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 27 2004

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

_/s/ L.R. Leavitt_
*Signature of Judicial Officer*

Lawrence R. Leavitt, United States Magistrate Judge
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a)

Det-ord2.wpd

18