UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RENE OSWALD COBAR, et al.

Crim. No. 05-451-01 (RCL)

DEFENDANT COBAR'S MOTION TO DISMISS INDICTMENT FOR LACK OF VENUE
WITH SUPPORTING POINTS AND AUTHORITIES

EXHIBIT LIST

Grand Jury Testimony of DEA Agent
    Anthony Casullo................................    Exhibit A

Las Vegas, Nevada, Indictment.......................    Exhibit B

# EXHIBIT  A

1

1

2

3        UNITED STATES DISTRICT COURT

4            DISTRICT OF NEVADA

5

6          P R O C E E D I N G S

7          B E F O R E   T H E

8   R E G U L A R   F E D E R A L   G R A N D   J U R Y

9

10            TESTIMONY OF

11          ANTHONY CASULLO

12       TAKEN AT LAS VEGAS, NEVADA

13        WEDNESDAY, MAY 5, 2004

14           AT 11:10 A.M.

15

16

17   PRESENT:  A QUORUM OF THE FEDERAL GRAND JURY

18

19        PAMELA A. MARTIN, ESQ.
         ASSISTANT U.S. ATTORNEY
20       DEPARTMENT OF JUSTICE
         333 SOUTH LAS VEGAS BLVD. #5000
21       LAS VEGAS, NEVADA  89101

22

23

24

25   REPORTED BY:  MARY V. WARSHEFSKI, CCR #738, RPR



```
 1                            *  *  *

 2                     LAS VEGAS, NEVADA

 3                            *  *  *

 4                 WEDNESDAY, MAY 5, 2004

 5

 6   WHEREUPON:

 7   MARY V. WARSHEFSKI, CCR #738, RPR, was first duly sworn

 8   to the oath of secrecy by the Foreperson of the Grand

 9   Jury and to truly and accurately report the proceedings

10   had on said date.

11   WHEREUPON:

12   the following proceedings were had.

13

14                            *  *  *

15

16

17             THE GRAND JURY FOREPERSON:  Please raise

18   your right hand.  Please state your name and spell it

19   for the court reporter.

20        A.     Anthony Casullo, C-A-S-U-L-L-O.

21             THE GRAND JURY FOREPERSON:  Thank you.  You

22   may be seated.

23

24

25
```

1          ANTHONY CASULLO,

2        having been first duly sworn

3     was examined and testified as follows:

4              EXAMINATION

5   BY MS. MARTIN:

6        Q.    Good morning.

7        A.    Good morning.

8        Q.    Could you tell us what your occupation and

9   assignment is, please.

10       A.    I'm a Special Agent with the Drug

11   Enforcement Administration in Las Vegas, Nevada.

12       Q.    And how long have you been so employed?

13       A.    Approximately five years.

14       Q.    And do you have any training and experience

15   with regard to the investigation of the distribution

16   and conspiracy to distribute controlled substances?

17       A.    Yes, I do.

18       Q.    Could you explain that training and

19   experience to the Grand Jury?

20       A.    I spent 16 weeks in Quantico, Virginia at

21   basic training.  I've also had numerous in-service

22   training courses in Quantico.

23       Q.    Are you familiar with an investigation

24   regarding -- or I'm sorry -- starting in approximately

25   in October of 2003, regarding a person you know as Rene

4

1  Oswald Cobar?

2      A.    Yes, I do.

3      Q.    Can you briefly describe that investigation

4  to the Grand Jury?

5      A.    In October of 2003, we received information

6  from the Las Vegas Police Department of an individual

7  by the name of Rene Cobar living in Las Vegas who would

8  be able to provide narcotics to an undercover agent, a

9  Metro undercover agent in Las Vegas, supplying large

10  amounts of cocaine and heroin.

11          They initially negotiated for multi-hundred

12  kilograms of cocaine to come into Las Vegas through

13  Rene Cobar and Rene agreed to do that, facilitate that

14  through his contacts in Guatemala and overseas.

15      Q.    And on December 4th of 2003, a court

16  authorized wiretap was placed on Mr. Cobar's phone; is

17  that correct?

18      A.    That's correct.

19      Q.    And on December 10th of 2003, was a phone

20  call intercepted between Mr. Cobar and a Victor Lnu,

21  aka Flaco; is that correct?

22      A.    Yes, it was.

23      Q.    And could you tell us what the substance of

24  that phone call was?

25      A.    Yes.  On that day we listened to a phone

1    call between Rene Cobar and an individual known as

2    Flaco.  During the conversation, Flaco was telling Rene

3    that he had an individual that would be able to supply

4    Rene who was going to, in turn, supply our undercover

5    officer with 400 kilograms of cocaine, that this

6    individual's name was Lucho, that he was a member of a

7    para-military organization, that he was a commander in

8    this organization who also dealt with cocaine; for

9    Cobar to call this individual up to arrange to have

10   these narcotics shipped into Las Vegas and to set up a

11   meeting so that one of our undercovers could meet with

12   him.

13        Q.    And that was the purpose of transporting

14   400 kilos of cocaine?

15        A.    That's correct, yes.

16        Q.    Approximately nine minutes later after

17   Cobar ends this phone call with Victor, aka Flaco, he

18   does call Lucho; is that correct?

19        A.    He does.

20        Q.    And has Lucho since been positively

21   identified as Luis Angel Gonzalez-Largo?

22        A.    That's correct.

23        Q.    And could you tell the Grand Jury the

24   substance of that call?

25        A.    During that call, we listened to a call

1    between Cobar and Lucho.  They discussed how Cobar had

2    a client here in Las Vegas.  He worked for someone who

3    was interested in purchasing cocaine.  Lucho stated

4    that they had 800 kilos available presently.  Cobar

5    said that they were looking at 400 kilograms, which is

6    what they wanted to bring in.  They decided to figure

7    out how they wanted to do this next, that they would

8    talk with the undercover officer and set up a meeting

9    in Panama where our undercover in Panama would meet

10   with Lucho to discuss how this would transpire.

11       Q.   And after that the undercover officer

12   called and talked to Cobar many times; is that right,

13   regarding the 400 kilos and trying to set up where to

14   meet and how this was actually going to happen?

15       A.   That's correct.  We didn't have any

16   logistics worked out at the time when Cobar first spoke

17   to Lucho.  After those phone calls, our undercover

18   placed phone calls to Cobar trying to figure out where

19   we would make arrangements to meet with Lucho and how

20   we would negotiate the purchase of the cocaine.

21       Q.   Now, also during this time, Victor Lnu, aka

22   Flaco, he's intercepted as well talking to Cobar on

23   numerous occasions about the 400 kilos of cocaine; is

24   that correct?

25       A.   He is.  He was intercepted right after that

1    call actually, talking about how this Lucho is a good

2    person, what he's involved in.  And he reiterated that

3    they had 800 kilograms available, just what Lucho was

4    saying, and that they were trying to work it out for us

5    to get 400 of that 800 kilograms.

6        Q.    And prior to February 3rd of 2004, between

7    December and February 3rd -- December of 2003 and

8    February 3, 2004, there were phone calls between Lucho

9    and we had an undercover Panamanian police officer; is

10   that correct?

11       A.    That's correct.

12       Q.    And Lucho was then calling the Panamanian

13   undercover; is that right?

14       A.    Right.  We had two undercovers, one was

15   here in Las Vegas who was dealing directly initially

16   with Cobar.  After we spoke with Lucho -- or after

17   Cobar spoke with Lucho, we made an agreement through

18   our undercover and Cobar to set up an operation in

19   Panama to meet with Lucho.

20           At that time we arranged to have a

21   Panamanian police officer, who was under the

22   supervision of a DEA agent who works down there, set up

23   the meeting for the undercover Panamanian officer to

24   meet with Lucho in Panama on our behalf.

25       Q.    And they, in fact, talked to each other

1    over the phone; is that correct?

2        A.    They did.

3        Q.    And then on February 3rd of 2004, our

4    Panamanian police officer, acting in the undercover

5    capacity, he meets with Lucho in Panama City, Panama;

6    is that correct?

7        A.    He did.

8        Q.    And what was the purpose of that meeting?

9        A.    That was the purpose to negotiate the

10   purchase of -- our undercover here in Las Vegas to

11   purchase 400 kilograms of cocaine, and the undercover

12   Panamanian officer was acting as his man down in Panama

13   to negotiate that.

14       Q.    And what did Lucho say during this meeting

15   with the Panamanian undercover?

16       A.    They were just working out the specifics of

17   how it would be done, how the money would be

18   transferred, and just being able to supply the cocaine

19   in Panama for our undercover.

20       Q.    Did Lucho say anything about him belonging

21   to the AUC?

22       A.    Correct, when they first met face-to-face

23   one of the first things that he told our undercover in

24   Panama is that he was a member of the organization

25   United Self Defense Forces in Colombia, which is a

1    state department designated terrorist organization,

2    with the para-military organization that operates in

3    Colombia and Central America and that he was a part of

4    this organization.

5         Q.    Did he also tell our Panamanian undercover

6    that the drugs belonged to the Northern bloc and its

7    primary purpose was to buy AK-47s?

8         A.    Yes, he did, he did.

9         Q.    Did he also indicate whether or not he had

10   just delivered or facilitated the delivery of 5,000

11   kilograms of cocaine to a cartel in Tijuana, Mexico?

12        A.    He did.  He said these things -- he said

13   these things to the Panamanian officer; and according

14   to the Panamanian officer, he was saying these things

15   to prove to him that it was very serious business that

16   they were involved in and that he was very serious

17   about doing this deal.

18        Q.    And did he not also ask -- did Lucho not

19   ask the Panamanian undercover about a person named

20   Favio?

21        A.    He did.  He asked about our undercover in

22   Las Vegas since the Panamanian was acting on his

23   behalf.

24        Q.    And the name Favio was the name used by the

25   Henderson police officer that was acting in the

1    undercover capacity; is that right?

2         A.    That's correct.

3         Q.    Because he also knew that our guy, our

4    undercover here in Las Vegas, was going to call Lucho

5    directly?

6         A.    Yes.    During the meeting our undercover was

7    going to call Lucho directly while he was meeting with

8    the Panamanian officer just to make sure everything was

9    okay.

10        Q.    And, in fact, did he not place that call?

11        A.    He did, we did place the call from the

12   district office here in Las Vegas.    The undercover

13   called Lucho directly during the meeting and spoke with

14   him just to make sure the meeting was going okay and if

15   there were any problems, and Lucho stated everything's

16   going fine.

17        Q.    And after he stopped talking to our

18   undercover here in Las Vegas, he resumes talking to the

19   Panamanian undercover; is that correct?

20        A.    That's correct.

21        Q.    And did they talk about anything else other

22   than what you had already reiterated?

23        A.    No.

24        Q.    Okay.    Now, I would like to take you to

25   February 11, 2004.    Lucho calls the Panamanian

1    undercover and tells him what?

2        A.   He told him that they would be ready to

3    supply him with the 400 kilograms of cocaine, and they

4    started to work out the details, they were ready and

5    that they had the cocaine available right there at that

6    time.

7        Q.   And did they also indicate about whether or

8    not they needed a truck or --

9        A.   Yes, they did need a truck to transport the

10    cocaine because cocaine -- they needed something to

11    hide the cocaine to bring it to the undercover and they

12    needed a truck.

13        Q.   And was that, in fact, because Lucho's

14    truck that he usually used to store or conceal was in

15    Costa Rica?

16        A.   Yeah, he relayed to the undercover that his

17    truck that he physically uses wasn't available, it was

18    outside the country.

19        Q.   So we provided a truck for the assistance

20    in order for him to load the 400 kilos of cocaine?

21        A.   Yes.  Through DEA in Panama and the

22    Panamanian police they came up with the truck that they

23    would use to transport the 400 kilograms that we would

24    give to Lucho to utilize to load up with the cocaine

25    and then bring back to our police officer in Panama.

1          Q.    And on February 11th, the same date, about

2     11:20 a.m., the Panamanian undercover talks to Lucho

3     and he discusses -- or he says -- Lucho says that the

4     400 kilos of dope was ready two days before; is that

5     right, on Monday, February 9th?

6          A.    That's correct.

7          Q.    But since we weren't ready, he had to move

8     the cocaine to a safe place; is that correct?

9          A.    That is correct.

10         Q.    And what was going on in Panama City,

11    Panama at that time?

12         A.    At the time, since they were ready two days

13    before we were ready -- they had to wait two days --

14    and by the time we were ready to do the deal, Lucho was

15    relaying to our man -- they picked up our truck and

16    they said they would load it up.  We told them that

17    they'd have the cocaine back that day with the truck.

18              As the day progressed, Lucho calls back and

19    says that there's problems; we're trying to get the

20    cocaine back into the city where you are but the police

21    have set up road blocks, which is typical in that area,

22    and we're not able to bring the cocaine back in, that

23    they're looking for someone down there and we just

24    can't bring the truck in at this time.

25         Q.    So, in fact, the road blocks weren't

1    because of our case, they were just -- it just happened

2    that they were doing something else?

3         A.    Based on our conversations with DEA down

4    there, this is common for them to set up road blocks

5    for different reasons; for whatever was going on in

6    Panama at that time, and it just happened to be one set

7    up when they were trying to bring the cocaine back into

8    the city and they couldn't do it at that time.

9         Q.    And, in fact, we attempted a couple of

10   times to get this 400 kilos; is that correct?

11        A.    I believe we spent two days waiting for

12   them to be able to transport it back into the city, and

13   we were just waiting for things to clear up.  They

14   stated that the vehicle that we gave them didn't have

15   trap doors, wasn't able to conceal the cocaine well

16   enough that they wanted to risk bringing it back

17   through the checkpoints.

18        Q.    So we ended up calling off the delivery; is

19   that correct?

20        A.    We did, after two days we decided to call

21   it off.

22        Q.    And why was that?

23        A.    After two days we believe for safety

24   concerns.  We knew who Lucho was.  We had him somewhat

25   identified at the time.  We didn't have him fully

1    identified.  We knew that he stated that he belonged to

2    a terrorist organization.  We didn't know who any of

3    his associates were.  So for safety reasons for our

4    undercover we decided not to continue on past the two

5    days.

6         Q.    And did we also tell them that we would

7    simply reach out later on and try to re-negotiate the

8    deal or to at least talk about delivery?

9         A.    That's correct.  At that point our

10   undercover stopped answering the phone calls.  The last

11   phone call was that we'll reach out at a future date.

12   Lucho -- based on some of our intercepted phone calls

13   with Cobar and Lucho and Flaco who initiated to help

14   broker the deal, that Lucho was upset, that they had

15   the cocaine ready, that they're ready to bring it back

16   in, that they were somehow ready to get it back through

17   the checkpoints, stating that it wasn't right that they

18   were transporting, that this was serious business, but

19   that they would possibly do it in the future.

20        Q.    And now let's take you to the first week of

21   March.  There's a call between Cobar and a person we

22   call Don Fila or Philadelphia?

23        A.    Yes, that is correct.

24        Q.    You now have him positively identified,

25   don't you?

1          A.    Yes, he's Jesus Sanabria -- I'm sorry,

2     Filadelfo Jesus Sanabria, also known as, at the time,

3     Don Fila.

4          Q.    And what was his role in this?

5          A.    After we negotiated the deal down in

6     Panama, we didn't speak to Lucho again after that.  But

7     through Cobar and Flaco we came in contact with a

8     source of supply known as Don Fila who was going to be

9     supplying cocaine and heroin to our undercover in Las

10    Vegas.

11         Q.    And during the first week of March there

12    was a call between Cobar and Philadelphia; isn't that

13    right?

14         A.    Yes, there was a call.

15         Q.    And what was that?

16         A.    During that call Cobar spoke to Sanabria,

17    Don Fila, about purchasing cocaine for -- and heroin

18    for the undercover in Las Vegas.  During the call Cobar

19    explained how he had his boss, who lived in Las Vegas,

20    who owns hotels in Las Vegas, who has lots of money,

21    and is very serious in buying cocaine said he was a

22    nice guy, that he was well trusted.  And Don Fila

23    agreed that they would be able to do business in Las

24    Vegas and supply his client, our undercover, in Las

25    Vegas the cocaine and heroin.

1    Q.    And then on March 30th, 2004, Cobar travels

2    to Mcallen, Texas; is that right?

3    A.    That's correct.

4    Q.    And he meets with Don Fila; right?

5    A.    Yes.  Through our intercepted phone calls

6    and information from our informant, we knew that Cobar

7    was going to travel to Mcallen to meet with Don Fila.

8    Apparently, Don Fila was outside the country at the

9    time when he spoke to him back in early March, but that

10   he was going to be coming up into Mcallen, Texas

11   because he had some documents or money to pick up from

12   people in the United States.

13   Q.    And during this meeting Cobar calls our

14   undercover and advised him of what?

15   A.    He advised our undercover that Don Fila,

16   that he spoke to him earlier in the month, that they

17   were in the process of going to Texas so that he could

18   specifically work out the details of supplying our

19   undercover with cocaine and heroin.

20   Q.    Did he also ask our undercover if our

21   undercover would be interested in laundering money for

22   Sanabria?

23   A.    Yes, he initially brought that up to our

24   informant, called the informant and said that Don Fila

25   had money to pick up in the United States and that they

1    needed the informant to go and pick up the money with a

2    car and transport it out of the United States down in

3    Guatemala where he wanted it, use a car that had a trap

4    door.

5            At that time, our informant told him, yes,

6    I could do that, I could drive all the way from Las

7    Vegas to wherever you have the money, and also at the

8    same time to remind you that the boss, meaning our

9    undercover in Las Vegas, Favio, had contacts with

10   casinos and banks in Las Vegas, as he previously

11   mentioned.  He could take care of that for him as far

12   as transferring the money from the United States to

13   Guatemala.

14        Q.    And so the last plan is that the UC was

15   supposed to get the money in New York; is that right?

16        A.    That's correct, that they were going to

17   travel up to New York, meaning Cobar and Don Fila,

18   because that's where the money was going to be picked

19   up, up in New York.  He had people up there to collect

20   documents and paper and money from.

21        Q.    And that money was going to be transferred

22   to Las Vegas and what was going to happen?

23        A.    Through our conversations between our

24   undercover and Cobar and the informant and Cobar, that

25   they would utilize our contacts in Las Vegas, our

1    contacts of casinos and banks, wire the money through

2    two or three different accounts through the banks

3    without the individuals, Don Fila having to provide any

4    identity information with bank accounts, that he had

5    connections to it, and that we would send it to any

6    account that he wanted, whether it was in Guatemala or

7    Colombia so that he could anonymously pick up the

8    money.

9        Q.    And then on April 4th, Cobar and the

10   undercover, they finalize the plans for the money

11   transfer; is that right?

12       A.    They did, that's correct.

13       Q.    And then on April 6th, Cobar and Sanabria

14   meet with yet another undercover but is a DEA out of

15   New York undercover; is that right?

16       A.    Correct, our undercover in Las Vegas,

17   Favio, said that he has his right-hand man up there in

18   New York who can take care of this for him, that he did

19   work for him but his initial contact up there would be

20   another person who was another undercover for DEA that

21   worked in New York City.

22       Q.    And did they, in fact, meet in New York

23   City?

24       A.    They did.

25       Q.    So the undercover met with Cobar and Don

1    Fila?

2           A.    Correct.

3           Q.    And what was found or seized?

4           A.    What took place, the undercover in New York

5    explained that he worked for Favio, that he was his

6    right-hand man, that he would take care of taking the

7    money from him and making sure that it got to wherever

8    he wanted, his account in Guatemala.

9                  They agreed to doing that, and Cobar and

10   Sanabria met with the undercover in New York, brought

11   two -- Cobar came walking up with two bags of money --

12   or two bags, they didn't have it identified at the

13   time.  He showed him the money.  At that point they

14   made the arrest and seized approximately $210,000.

15          Q.    And how do we know the money given to us

16   from Cobar and Don Fila were proceeds from drug

17   distribution?

18          A.    Every conversation that we had with Cobar

19   through our undercover or the informant which related

20   to the negotiation of us purchasing the cocaine and

21   sending it to Las Vegas.  We also had Don Fila using

22   Cobar's phone on numerous occasions telling his clients

23   that he needed to pick up the money in New Jersey so

24   that he could transport it out of the country.  So

25   everything that we had, all the calls that we listened

1    to related to drug transactions with Cobar and

2    Sanabria.

3              We also had a conversation in the middle of

4    the whole money laundering investigation where Cobar

5    and Sanabria are asking our informant that they had two

6    tons of marijuana also coming into the country at that

7    particular time and if they had any buyers that were

8    available to do it.  So all the information we had at

9    the time was focussed on drug trafficking.

10        Q.    And there was no other conversation between

11   these parties relating to anything that would concern a

12   job or that it was legal; is that correct?

13        A.    Nothing but drug trafficking for us, and

14   also two tons of marijuana coming in that had nothing

15   to do with us at the time, but just asking our

16   informant if we had contacts that they could help get

17   rid of the two tons.

18        Q.    And on April 13, 2004, the Nicaraguan

19   National Police found Lucho in Managua, Nicaragua; is

20   that right?

21        A.    Yeah, a totally unrelated incident.  After

22   we had arrested Cobar and Sanabria, we found out

23   through DEA headquarters that Lucho just happened to be

24   arrested in Nicaragua.

25        Q.    What was found on Lucho?

1          A.    At that time the Nicaraguan police were

2    looking for two suspected drug traffickers, they had

3    information that they were in a particular hotel.  They

4    went to that hotel, they found the two individuals they

5    were looking for but they also found an individual

6    there known as Lucho; the Lucho that we had been

7    dealing with.  At that time, they did a consent to

8    search and they found approximately $750,000 in cash.

9          Q.    And that was in United States currency;

10    right?

11          A.    That is correct.

12          Q.    And what did Lucho say he had the money

13    for?

14          A.    Lucho made statements that, again, that he

15    belonged to the terrorist designated organization, AUC,

16    United Self Defense Forces of Colombia, that he was in

17    Nicaragua to purchase $750,000 worth of weapons from

18    his contacts in Nicaragua.  After he purchased those

19    weapons, he was supposed to put them on a speedboat,

20    send those weapons back to Colombia for his

21    organization, and in turn the Colombians that he had

22    contacted in Colombia were going to send $750,000 worth

23    of cocaine to a Mexican individual who was the person

24    who initially gave him the $750,000.

25               MS. MARTIN:  Thank you.  I've got nothing

1  further.  Any questions?

2  BY A GRAND JUROR:

3      Q.    You didn't mention what happened to Flaco.

4      A.    At this time we have Flaco identified only

5  as Flaco, Victor Lnu, and Sanabria.  He uses three

6  names.  We don't have him fully identified.  We hope to

7  do that and find him in Guatemala through our contacts

8  with DEA in Guatemala.

9              MS. MARTIN:  Thank you very much.

10              (The witness was excused.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

\* \* \*

1

2

3

4          I, MARY V. WARSHEFSKI, CCR #738, RPR, do

5     hereby certify:

6          That I was present at the time and place

7     specified herein;

8          That the proceedings were recorded by me

9     stenographically and that the typewritten pages that

10    appear hereinbefore is a transcription of my

11    stenographic notes done to the best of my knowledge,

12    skill and ability.

13

14

15

16

17     *Mary V. Warshefski* 5/11/04

18     MARY V. WARSHEFSKI, CCR #738, RPR

19

20

21          \* \* \*

22

23

24

25

ANTHONY CASULLO, 5-5-04

## #

#738 [4] 1:25 2:7 23:4,18

## $

$210,000 [1] 19:14
$750,000 [4] 21:8,17,22,24

## 1

10th [1] 4:19
11 [1] 10:25
11:10 [1] 1:14
11:20 [1] 12:2
11th [1] 12:1
13 [1] 20:18
16 [1] 3:20

## 2

2003 [5] 3:25 4:5,15,19 7:7
2004 [6] 1:13 2:4 7:6,8 8:3 10:25 16:
1 20:18

## 3

3 [1] 7:8
30th [1] 16:1
3rd [3] 7:6,7 8:3

## 4

400 [12] 6:5,14 6:5,13,23 7:5 8:11
11:3,20,23 12:4 13:10
4th [2] 4:15 18:9

## 5

5 [2] 1:13 2:4
5,000 [1] 9:10

## 6

6th [1] 18:13

## 8

800 [3] 6:4 7:3,5
89101 [1] 1:21

## 9

9th [1] 12:5

## A

a.m [1] 1:14 12:2
ability [1] 23:12
able [7] 4:8 5:3 8:18 12:22 13:12,15
16:23
according [1] 9:13
account [2] 18:6 19:8
accounts [2] 18:2,4
accurately [1] 2:9
acting [4] 8:4,12 9:22,25
actually [2] 6:14 7:1
administration [1] 3:11
advised [2] 16:14,15
agent [4] 3:10 4:8,9 7:22
agreed [3] 4:13 15:23 19:9
agreement [1] 7:17
ak-47s [1] 9:7
aka [3] 4:21 5:17 6:21
already [1] 10:22
america [1] 9:3
amounts [1] 4:10

## B

angel [1] 5:21
anonymously [1] 18:7
another [2] 18:14,20,20
answering [1] 14:10
anthony [3] 1:11 2:20 3:1
apparently [1] 16:8
appear [1] 23:10
approximately [2] 3:13,24 5:16
19:14 21:8
april [3] 18:9,13 20:18
area [1] 12:21
arrange [1] 6:9
arranged [1] 7:20
arrangements [1] 6:19
arrest [1] 19:14
arrested [2] 20:22,24
assignment [1] 3:9
assistance [1] 11:19
associates [1] 14:3
attempted [1] 13:9
auc [2] 8:21 21:15
authorized [1] 4:16
available [5] 6:4 7:3 11:5,17 20:8

## B

back [12] 11:25 12:17,18,20,22 13:7,
12,16 14:15,16 16:9 21:20
bags [2] 19:11,12
bank [1] 18:4
banks [3] 17:10 18:1,2
based [2] 13:3 14:12
basic [1] 13:21
behalf [2] 7:24 9:23
believe [3] 13:11,23
belonged [3] 9:6 14:1 21:15
belonging [1] 8:20
best [1] 23:11
between [4] 4:20 5:1 6:1 7:6,8 14:
21 15:12 17:23 20:10
bloc [1] 9:6
blocks [3] 12:21,25 13:4
boss [2] 16:19 17:8
briefly [1] 4:3
bring [7] 6:6 11:11,25 12:22,24 13:
7 14:15
bringing [1] 13:16
broker [1] 14:14
brought [2] 16:23 19:10
business [3] 9:15 14:18 15:23
buy [1] 9:7
buyers [1] 20:7
buying [1] 15:21

## C

c-a-s-u-l-l-o [1] 2:20
call [22] 4:20,24 5:1,9,17,18,24,25,
25 7:1 10:4,7,10,11 13:20 14:11,21,
22 15:12,14,16,18
called [3] 6:12 10:13 16:24
calling [2] 7:12 13:18
calls [6] 10:6,17,18 7:8 10:25 12:18
14:10,12 16:5,13 19:25
came [3] 11:22 15:7 19:11
capacity [2] 8:5 10:1

## C

car [2] 17:2,3
care [3] 17:11 18:18 19:6
cartel [1] 19:11
case [1] 13:1
cash [1] 21:8
casinos [2] 17:10 18:1
casullo [3] 1:11 2:20 3:1
ccr [1] 1:25 2:7 23:4,18
central [1] 9:3
certify [1] 23:5
checkpoints [2] 13:17 14:17
city [7] 8:5 12:10,20 13:8,12 18:21,
23
clear [1] 13:13
client [2] 6:2 16:24
clients [1] 19:22
cobar [30] 4:1,7,13,20 5:1,9,17 6:1,
1,4,12,16,18,22 7:16,17,18 14:13,
21 15:7,12,16,18 16:1,6,13 17:17,
24,24 18:9,13,25 19:9,11,16,18 20:
1,4,22
cobar's [2] 4:16 19:22
cocaine [24] 4:10,12,5 5:8,14 6:3,
20,23 8:11,18 9:11 11:23 10:11,10,
20,24 12:8,17,20,22 13:7,15 14:15
15:9,17,21,25 16:19 19:20 21:23
collect [1] 19:17
colombia [6] 8:25 9:3 18:7 21:16,
20,22
colombians [1] 21:21
come [1] 14:12
coming [3] 16:10 20:6,14
commander [1] 5:7
common [1] 14:14
conceal [2] 11:14 13:15
concern [1] 20:11
concerns [1] 13:24
connections [1] 18:5
consent [1] 21:7
conspiracy [1] 3:16
contact [2] 15:7 18:19
contacted [1] 21:22
contacts [4] 14:14 17:9,25 18:1 20:
16 21:18 22:7
continue [1] 14:4
controlled [1] 3:16
conversation [4] 5:2 19:18 20:3,
10
conversations [2] 13:3 17:23
correct [30] 4:17,18,21 5:15,18,22
6:15,24 7:10,11 8:1,6,22 10:2,19,20
12:6,8,9 13:10,19 14:9,23 16:3 17:
18:12,16 19:2 20:12 21:11
costa [1] 11:15
couldn't [1] 13:16
country [4] 11:18 16:8 19:24 20:6
couple [1] 13:9
courses [1] 13:22
court [3] 1:3 2:19 4:15
currency [1] 21:9

## D

date [3] 2:10 12:1 14:11
day [3] 4:25 12:17,18

## D

days [7] 12:4,12,13 13:11,20,23 14:
5
dea [7] 7:22 11:21 13:3 18:14,20 20:
23 22:8
deal [5] 9:17 12:14 14:8,14 15:5
dealing [2] 7:15 21:7
dealt [1] 6:8
december [4] 4:15,19 7:7,7
decided [3] 6:6 13:20 14:4
defense [2] 8:25 21:16
delivered [1] 9:10
delivery [3] 9:10 13:18 14:8
department [3] 1:20 4:6 9:1
describe [1] 4:3
designated [2] 9:1 21:15
details [2] 11:4 16:18
different [3] 13:5 18:2
directly [4] 7:15 10:5,7,13
discuss [1] 6:10
discussed [1] 16:1
discusses [1] 12:3
distribute [1] 13:16
distribution [2] 3:15 19:17
district [2] 1:3,4 10:12
documents [2] 16:11 17:20
doing [3] 9:17 13:2 19:9
don [15] 14:22 15:3,8,17,22 16:4,7,8,
15,24 17:17 18:3,25 19:16,21
done [2] 8:17 23:11
door [1] 17:4
doors [1] 13:15
dope [1] 12:4
down [6] 7:22 8:12 12:23 13:3 18:5
17:2
drive [1] 17:6
drug [3] 3:10 19:16 20:1,9,13 21:2
drugs [1] 9:6
duly [2] 2:7 3:2
during [10] 5:2,25 6:21 8:14 10:6,
13 15:11,16,18 16:13

## E

each [1] 7:25
earlier [1] 16:16
early [1] 16:9
employed [1] 13:12
ended [1] 13:18
ends [1] 5:17
enforcement [1] 3:11
enough [1] 10:8 19:25
esq [1] 1:19
everything [1] 10:8 19:25
everything's [1] 10:15
examination [1] 3:4
examined [1] 3:3
excused [1] 22:10
experience [2] 3:14,19
explain [1] 3:18
explained [2] 15:19 19:5

## F

face-to-face [1] 8:22
facilitate [1] 4:13
facilitated [1] 9:10

---

#738 - facilitated

DISC-01622

ANTHONY CASULLO, 5-5-04

fact [6] 7:25 10:10 11:13 12:25 13:9
18:22
familiar [1] 13:23
far [1] 17:11
favio [5] 9:20,24 17:9 18:17 19:5
february [7] 7:6,7,8 8:3 10:25 12:1,
5
federal [1] 1:17
figure [2] 6:6,18
fila [15] 14:22 15:3,8,17,22 16:4,7,8,
15,24 17:17 18:3 19:1,16,21
filadelfo [1] 16:2
finalize [1] 18:10
find [1] 22:7
fine [1] 10:16
first [7] 2:7 3:2 6:16 8:22,23 14:20
15:11
five [1] 3:13
flaco [10] 4:21 5:2,2,17 6:22 14:13
15:7 22:3,4,5
focussed [1] 20:9
following [1] 2:12
follows [1] 3:3
forces [2] 8:25 21:16
foreperson [3] 2:8,17,21
found [7] 19:3 20:19,22,25 21:4,5,8
fully [2] 13:25 22:6
further [1] 22:1
future [2] 14:11,19

**G**

gave [2] 13:14 21:24
give [1] 11:24
given [1] 19:15
gonzalez-largo [1] 5:21
got [2] 19:7 21:25
grand [8] 1:17 2:8,17,21 3:19 4:4 5:
23 22:2
guatemala [7] 4:14 17:3,13 18:6
19:8 22:7,8
guy [2] 10:3 15:22

**H**

hand [1] 2:18
happen [2] 6:14 17:22
happened [4] 13:1,6 20:23 22:3
headquarters [1] 20:23
help [2] 14:13 20:16
henderson [1] 9:25
hereby [1] 23:5
herein [1] 23:7
hereinbefore [1] 23:10
heroin [5] 4:10 16:9,17,25 16:19
hide [1] 11:11
hope [1] 22:6
hotel [2] 21:3,4
hotels [1] 16:20

**I**

identified [7] 5:21 13:25 14:1,24
19:12 22:4,6
identity [1] 18:4
in-service [1] 3:21
incident [1] 20:21
indicate [2] 9:9 11:7

individual [6] 4:6 5:1,3,9 21:5,23
individual's [1] 5:6
individuals [2] 18:3 21:4
informant [6] 16:6,24,24 17:1,5,24
19:19 20:5,16
information [5] 4:5 16:6 18:4 20:8
21:3
initial [1] 18:19
initially [4] 4:11 7:15 16:23 21:24
initiated [1] 14:13
intercepted [4] 4:20 6:22,25 14:12
16:5
interested [2] 6:3 16:21
investigation [4] 3:15,23 4:3 20:4
involved [2] 7:2 9:16
isn't [1] 15:12

**J**

jersey [1] 19:23
jesus [2] 16:1,2
job [1] 20:12
juror [1] 22:2
jury [7] 1:17 2:9,17,21 3:19 4:4 6:23
justice [1] 1:20

**K**

kilograms [5] 4:12 6:5 6:5 7:3,5 8:
11 9:11 11:3,23
kilos [7] 6:14 6:4,13,23 11:20 12:4
13:10
knowledge [1] 23:11
known [4] 6:1 15:2,8 21:6

**L**

large [1] 4:9
las [20] 1:12,21 2:2 3:11 4:6,7,9,12
5:10 6:2 7:15 8:10 9:22 10:4,12,18
16:9,18,19,20,23,24 17:6,9,10,22,
25 18:16 19:21
last [2] 14:10 17:14
later [2] 6:16 14:7
laundering [4] 16:21 20:4
least [1] 14:8
legal [1] 20:12
listened [4] 4:25 5:25 19:25
lived [1] 15:19
living [1] 4:7
lnu [4] 4:20 6:21 22:5
load [3] 11:20,24 12:16
logistics [1] 6:16
long [1] 13:12
looking [4] 6:5 12:23 21:2,5
lots [1] 15:20
lucho [42] 5:6,18,20 6:1,3,10,17,19
7:1,3,8,12,16,17,19,24 8:5,14,20 9:
18 10:4,7,13,15,25 11:24 12:2,3,14,
18 13:24 14:12,13,14 15:6 20:19,23,
25 21:6,6,12,14
lucho's [1] 11:13
luis [1] 5:21

**M**

made [3] 7:17 19:14 21:14
man [4] 8:12 12:15 18:17 19:6
managua [1] 20:19

many [1] 6:12
march [4] 14:21 15:11 16:1,9
marijuana [2] 20:6,14
martin [4] 1:19 3:5 21:25 22:9
mary [4] 1:25 2:7 23:4,18
mcallen [3] 16:2,7,10
meaning [2] 17:8,17
meet [6] 6:11 6:9,14,19 7:19,24 16:
7 18:14,22
meeting [10] 5:11 6:8 7:23 8:8,14
10:6,7,13,14 16:13
meets [2] 8:5 16:4
member [2] 5:6 8:24
mention [1] 22:3
mentioned [1] 17:11
met [3] 8:22 18:25 19:10
metro [1] 4:9
mexican [1] 21:23
mexico [1] 9:11
middle [1] 20:3
minutes [1] 5:16
monday [1] 11:12
money [22] 8:17 15:20 16:11,21,25
17:1,7,12,15,18,20,21 18:1,8,10 19:
7,11,13,15,23 20:4 21:12
month [1] 16:16
morning [2] 3:6,7
move [1] 12:7
ms [3] 3:5 21:25 22:9
much [1] 22:9
multi-hundred [1] 4:11

**N**

name [3] 2:18 4:7 5:6 9:24,24
named [1] 19:19
names [1] 22:6
narcotics [2] 4:8 5:10
national [1] 20:19
need [1] 11:9
needed [6] 11:8,10,12 17:1 19:23
negotiate [3] 6:20 8:9,13
negotiated [2] 4:11 16:5
negotiation [1] 19:20
nevada [5] 1:4,12,21 2:2 3:11
new [10] 17:15,17,19 18:15,18,21,22
19:4,10,23
next [1] 6:7
nicaragua [4] 20:19,24 21:17,18
nicaraguan [2] 20:18 21:1
nice [1] 16:22
nine [1] 6:16
northern [1] 19:6
notes [1] 23:11
nothing [3] 20:13,14 21:25
numerous [3] 3:21 6:23 19:22

**O**

oath [2] 2:8
occasions [2] 6:23 19:22
occupation [1] 3:8
october [2] 23:4 4:5
office [1] 10:12
officer [13] 6:5 6:8,11 7:9,21,23 8:4,
12 9:13,14,25 10:8 11:25

okay [3] 10:9,14,24
one [4] 5:11 7:14 8:23 13:6
only [1] 22:4
operates [1] 9:2
operation [1] 17:18
order [1] 11:20
organization [9] 5:7 8:8 24 9:1,2,4
14:2 21:15,21
oswald [1] 4:1
other [3] 7:25 10:21 20:10
out [3] 6:7,16,18 7:4 8:16 11:4 14:
7,11 16:18 17:2 18:14 19:24 20:22
outside [2] 11:18 16:8
over [1] 8:1
overseas [1] 4:14
owns [1] 15:20

**P**

pages [1] 23:9
pamela [1] 1:19
panama [15] 6:9,9 7:19,24 8:5,5,12,
19,24 11:21,25 12:10,11 13:6 16:6
panamanian [17] 7:9,12,21,23 8:4,
12,15 9:5,13,14,19,22 10:8,19,25
11:22 12:2
paper [1] 17:20
para-military [2] 5:7 9:2
part [1] 9:3
particular [2] 20:7 21:3
parties [1] 20:11
past [1] 14:4
people [2] 16:12 17:19
person [3] 3:25 7:2 9:19 14:21 18:
20 21:23
philadelphia [2] 14:22 15:12
phone [14] 4:16,19,24,25 6:17 6:17,
18 7:8 8:1 14:10,11,12 16:5 19:22
physically [1] 11:17
pick [5] 16:11,25 17:1 18:7 19:23
picked [2] 12:15 17:18
place [5] 10:10,11 12:8 19:4 23:6
placed [2] 4:16 6:18
plan [1] 17:14
plans [1] 18:10
please [2] 2:17,18 3:9
point [2] 14:9 19:13
police [4] 6:7 9:21 8:4 9:25 11:
22,25 12:20 20:19 21:1
positively [2] 5:20 14:24
possibly [1] 14:19
present [2] 1:17 23:6
presently [1] 6:4
previously [1] 17:10
primary [1] 9:7
prior [1] 7:6
problems [2] 10:15 12:19
proceedings [2] 2:9,12 23:8
proceeds [1] 19:16
process [1] 16:17
progressed [1] 12:18
prove [1] 9:15
provide [2] 4:8 18:3
provided [1] 11:19
purchase [4] 6:20 8:10,11 21:17

ANTHONY CASULLO, 5-5-04

purchased [1] 21:18
purchasing [3] 6:3 16:17 19:20
purpose [4] 6:13 8:8,9 9:7
put [1] 21:19

**Q**

quantico [2] 3:20,22
questions [1] 22:1
quorum [1] 1:17

**R**

raise [1] 2:17
re-negotiate [1] 14:7
reach [2] 14:7,11
ready [10] 11:2,4 12:4,7,12,13,14 14:15,15,16
reasons [2] 13:5 14:3
received [1] 4:5
recorded [1] 23:8
regard [1] 3:15
regarding [3] 3:24,25 6:13
reiterated [2] 7:2 10:22
related [2] 19:19 20:1
relating [1] 20:11
relayed [1] 11:16
relaying [1] 12:15
remind [1] 17:8
rene [7] 3:25 4:7,13,13 6:1,2,4
report [1] 2:9
reported [1] 1:25
reporter [1] 2:19
resumes [1] 10:18
rica [1] 11:15
rid [1] 20:17
right-hand [2] 18:17 19:6
risk [1] 13:16
road [3] 12:21,25 13:4
role [1] 16:4
rpr [4] 1:25 2:7 23:4,18

**S**

safe [1] 12:8
safety [2] 13:23 14:3
same [2] 12:1 17:8
sanabria [10] 16:1,2,16 16:22 18:13 19:10 20:2,5,22 22:5
saying [2] 7:4 9:14
says [3] 12:3,3,19
search [1] 21:8
seated [1] 2:22
secrecy [1] 2:8
seized [2] 19:3,14
self [2] 8:25 21:16
send [3] 18:5 21:20,22
sending [1] 19:21
serious [4] 9:15,16 14:18 15:21
set [5] 5:10 6:8,13 7:18,22 12:21 13:4,6
shipped [1] 5:10
showed [1] 19:13
simply [1] 14:7
since [4] 6:20 9:22 12:7,12
skill [1] 23:12
somehow [1] 14:16
someone [2] 6:2 12:23

somewhat [1] 13:24
sorry [2] 3:24 16:1
source [1] 16:8
special [1] 3:10
specifically [1] 16:18
specifics [1] 8:16
specified [1] 23:7
speedboat [1] 21:19
spell [1] 2:18
spent [2] 3:20 13:11
spoke [7] 6:16 7:16,17 10:13 15:16 16:9,16
started [1] 11:4
starting [1] 3:24
state [2] 2:18 9:1
stated [4] 6:3 10:15 13:14 14:1
statements [1] 21:14
states [8] 1:3 16:12,25 17:2,12 21:9
stating [1] 14:17
stenographic [1] 23:11
stenographically [1] 23:9
stopped [2] 10:17 14:10
store [1] 11:14
substance [2] 4:23 5:24
substances [1] 3:16
supervision [1] 7:22
supply [6] 5:3,4 8:18 11:3 16:8,24
supplying [3] 4:9 16:9 18:18
supposed [2] 17:15 21:19
suspected [1] 21:2
sworn [2] 2:7 3:2

**T**

talked [2] 6:12 7:25
talks [1] 12:2
tells [1] 11:1
terrorist [3] 9:1 14:2 21:15
testified [1] 3:3
testimony [1] 1:10
texas [3] 16:2,10,17
there's [2] 12:19 14:21
three [2] 18:2 22:5
tijuana [1] 9:11
tons [3] 20:6,14,17
took [1] 19:4
totally [1] 20:21
traffickers [1] 21:2
trafficking [2] 20:9,13
training [4] 3:14,18,21,22
transactions [1] 20:1
transcription [1] 23:10
transfer [1] 18:11
transferred [2] 8:18 17:21
transferring [1] 17:12
transpire [1] 6:10
transport [5] 11:9,23 13:12 17:2 19:24
transporting [2] 5:13 14:18
trap [2] 13:15 17:3
travel [2] 16:7 17:17
travels [1] 16:1
truck [10] 11:8,9,12,14,17,19,22 12:15,17,24
truly [1] 2:9

trusted [1] 15:22
try [1] 14:7
trying [5] 6:13,18 7:4 12:19 13:7
turn [2] 5:4 21:21
two [17] 7:14 12:4,12,13 13:11,20, 23 14:4 18:2 19:11,11,12 20:5,14, 17 21:2,4
typewritten [1] 23:9
typical [1] 12:21

**U**

uc [1] 17:14
under [1] 17:21
undercover [51] 4:8,9 5:4 6:8,9,11, 17 7:9,13,18,23 8:4,10,11,15,19,23 9:5,19,21 10:1,4,6,12,18,19 11:1,11, 16 12:2 14:4,10 15:9,18,24 16:14, 15,19,20,21 17:9,24 18:10,14,15,16, 20,25 19:4,10,19
undercovers [2] 5:11 7:14
united [6] 1:3 8:25 16:12,25 17:2, 12 21:9,16
unrelated [1] 20:21
up [29] 5:9,10 6:8,13 7:18,22 11:22, 24 12:15,16,21 13:4,7,13,18 16:10, 11,23,25 17:1,17,19,19,19 18:7,17, 19 19:11,23
upset [1] 14:14
uses [2] 11:17 22:5
using [1] 19:21
utilize [2] 11:24 17:25

**V**

vegas [29] 1:12,21 2:2 3:11 4:6,7,9, 12 6:10 6:2 7:15 8:10 9:22 10:4,12, 18 15:10,18,19,20,24,25 17:7,9,10, 22,25 18:16 19:21
vehicle [1] 13:14
victor [4] 4:20 5:17 6:21 22:5
virginia [1] 3:20

**W**

wait [1] 12:13
waiting [2] 13:11,13
walking [1] 11:1
wanted [5] 6:6,7 13:16 17:3 18:6 19:8
warshefski [4] 1:25 2:7 23:4,18
way [1] 17:6
weapons [3] 21:17,19,20
wednesday [2] 1:13 2:4
week [2] 14:20 15:11
weeks [1] 3:20
whatever [1] 13:5
whereupon [2] 2:6,11
wherever [2] 17:7 19:7
whether [2] 9:19 11:7 18:6
whole [1] 20:4
wire [1] 18:1
wiretap [1] 4:16
without [1] 18:3
witness [1] 22:10
work [4] 7:4 11:4 16:18 18:19
worked [4] 6:2,16 18:21 19:5
working [1] 18:16

works [1] 7:22
worth [2] 21:17,22

**Y**

years [1] 3:13
york [6] 17:15,17,19 18:15,18,21,22 19:4,10

DISC-01624

# EXHIBIT  B



1 DANIEL G. BOGDEN
United States Attorney
2 PAMELA A. MARTIN
Assistant United States Attorney
3 Narcotics and Violent Crime Section
333 Las Vegas Blvd., South, Suite 5000
4 Las Vegas, Nevada  89101
(702) 388-6050

5

6 # UNITED STATES DISTRICT COURT
7 # DISTRICT OF NEVADA
8 ## -oOo-

9 UNITED STATES OF AMERICA )    CRIMINAL INDICTMENT
)
10             PLAINTIFF )
)    **CR-S-04-0174-JCM(RJJ)**
11 VS )
)    VIOLATIONS:
12 RENE OSWALD COBAR, )    21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) - .
LUIS ANGEL GONZALEZ-LARGO, )    Conspiracy to Distribute a Controlled
13    aka LUCHO, )    Substance
VICTOR LNU, aka FLACO and )    18 U.S.C. § 1956(a)(1)(B)(i) & (h) -
14 FILADELFO JESUS SANABRIA, )    Conspiracy to Commit Money Laundering
)
15 _____DEFENDANTS )

16 **THE GRAND JURY CHARGES THAT:**

17 **COUNT ONE**
Conspiracy to Distribute a Controlled Substance

18

19         Beginning on or about September 26, 2003 and continuing up to and including

20 April 13, 2004, in the State and Federal District of Nevada,

21             **RENE OSWALD COBAR,**
**LUIS ANGEL GONZALEZ-LARGO aka LUCHO, and**
22             **VICTOR LNU aka FLACO,**

23

24 the defendant's herein, did knowingly and intentionally combine, conspire, confederate and

25 agree together, with each other, and with others known and unknown, to commit  offenses

26 against the United States, that is, to distribute at least 5 kilograms or more of a  mixture or

1  substance containing cocaine, a schedule II controlled substance, in violation of Title 21, United

2  States Code, Section 841(a)(1), (b)(1)(A)(ii).

3  **COUNT TWO**
   Conspiracy to Commit Money Laundering

4

5  Beginning on or about March 22, 2004, and continuing to on or about April

6  6, 2004, in the State and District of Nevada and elsewhere,

7  **RENE OSWALD COBAR and
   FILADELFO JESUS SANABRIA,**

8

9  the defendants herein, and others known and unknown to the Grand Jury, knowingly combined,

10  conspired, confederated and agreed together and with each other to commit the money

11  laundering in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as more fully

12  described as follows:

13  With the intent to conceal and disguise the nature, location, source, ownership,

14  and the control of proceeds of the specified unlawful activity, the defendants knowingly and

15  willfully attempted to conduct a financial transaction affecting interstate and foreign commerce,

16  to wit: depositing $210,000 in financial institutions located in Nevada, knowing that said funds

17  were proceeds of a specified unlawful activity, that is, drug distribution, in violation of Title 21,

18  United States Code, Section 841(a)(1).

19  All in violation of Title 18, United States Code, Section 1956(h)

20  **DATED:** this _25_ day of May 2004.

21  **A TRUE BILL:**

22  _Vicki M. Clapton_
   FOREPERSON OF THE GRAND JURY

23  DANIEL G. BOGDEN
   United States Attorney

24  _Pamela A. Martin_

25

   PAMELA A. MARTIN
26  Assistant United States Attorney

2