UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 1:05-CR-451 |
| | ) | |
| RENE OSWALD COBAR | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTIFICATION OF SUPPLEMENTAL AUTHORITIES UPON WHICH IT INTENDS TO RELY AT THE SEPTEMBER 8, 2006 HEARING**

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby provides notice of two additional case citations, omitted from our original brief, upon which the Government intends to rely at argument. These cases are relevant to the Government's argument that 21 U.S.C. § 963 is extraterritorial when charged in conjunction with 21 U.S.C. § 959. *See* Government's Opp. to Mot. to Dismiss at 7-9. These case citations are:

(1) *Chua Han Mow v. United States*, 730 F.2d 1308, 1312 (9th Cir. 1984);

(2) *United States v. Noriega*, 746 F. Supp. 1506, 1516 (S.D. Fla. 1990), *aff'd*, *United States v. Noriega*, 117 F.3d 1206 (11th Cir. 1997).

Respectfully submitted, this 24th day of August, 2006.

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section

_____

John M. Gillies
Assistant Deputy Chief

_____

Teresa A. Wallbaum
Appellate Counsel
U.S. Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(202) 616-5193

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 24th day of August, 2006, a copy of the foregoing Government's Notification of Supplemental Authorities Upon Which it Intends to Rely at the September 8, 2006 Hearing was served electronically upon counsel of record.

_____
Teresa A. Wallbaum