UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-451 (RCL) |
| RENE OSWALD COBAR (1), | ) ) ) | |
| & | ) ) | |
| LUIS ANGEL GONZALES-LARGO (2), | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In light of the accompanying memorandum opinion, the Court hereby grants both defendants' motions to dismiss. The indictment is hereby DISMISSED for lack of venue.

The Court also orders a stay of this Order for 20 days to give the United States an opportunity to seek a further stay from the Court of Appeals.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 9, 2006.