Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-451 (RCL)
)
RENE OSWALD COBAR & LUIS ANGEL GONZALES_LARGO )

## NOTICE OF APPEAL

**FILED**
NOV 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:

United States of America
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Ave., NW
Washington, DC 20005

Name and address of appellant's attorney:

Teresa A. Wallbaum
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Ave., NW
Washington, DC 20005

Offense: 21 U.S.C. Section 963

Concise statement of judgment or order, giving date, and any sentence:

On November 9, 2006, the district court dismissed the indictment as to both defendants for lack of venue.

Name and institution where now confined, if not on bail: D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Nov. 14, 2006
DATE

United States of America
APPELLANT

Teresa A. Wallbaum
ATTORNEY FOR APPELLANT

**RECEIVED**
NOV 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVT. APPEAL, NO FEE [✓]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]
Does counsel wish to appear on appeal?    YES [✓]    NO [ ]
Has counsel ordered transcripts?    YES [ ]    NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]    NO [✓]

cc: James Lawrence Lyons
KELLOGG, WILLIAMS & LYONS
1925 K Street, NW
Suite 200
Washington, DC 20006

H. Heather Shaner
1702 S Street, N.W.
Washington, DC 20003