UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>            v.<br><br>**RENE OSWALD COBAR, <u>et al</u>.** | Crim. No. 05-451-01 (RCL) |

**DEFENDANT COBAR AND GONZALES-LARGO'S RESPONSE TO GOVERNMENT'S MOTION TO EXTEND STAY TO AND INCLUDING DECEMBER 13, 2006**

   Defendants Cobar and Gonzales-Largo do not oppose the government's request for a two-week extension of the Court's stay in this case.  We do, however, object to any subsequent requests by the government to extend the Court's stay.

                              Respectfully submitted,


                              _____/s/_____
                              James L. Lyons  (50690)
                              Kellogg, Williams & Lyons
                              1925 K Street, N.W., Suite 200
                              Washington, D.C.  20006
                              (202) 496-0722


**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 21st day of November 2006, a copy of the foregoing pleading was filed electronically with the Court, automatically generating electronic service upon counsel of record.

                              _____/s/_____
                                James L. Lyons