UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-451 (RCL) |
| **RENE OSWALD COBAR (1),** ) | |
| ) | |
| **&** ) | |
| ) | |
| **LUIS ANGEL GONZALES-LARGO (2),** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In light of the government's Motion [34] to Extend Stay To and Including December 13, 2006, and the defendants' consent [35] thereto, it is hereby

ORDERED that the government's Motion [34] is GRANTED; and it is further

ORDERED that the Court's stay, issued in its Order [32] of November 9, 2006, shall be extended for two additional weeks, up to and including December 13, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 21, 2006.