

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **COMPLAINT**   2:06-mj-00800-LRL |
| PLAINTIFF ) | |
| ) | 21 U.S.C. § 846 - Conspiracy to |
| vs ) | Distribute a Controlled Substance |
| ) | |
| RENE OSWALD COBAR ) | |
| LUIS ANGEL GONZALEZ-LARGO ) | |
| aka "Lucho" ) | |
| ) | |
| DEFENDANTS ) | |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, deposes and says:

### COUNT I
### Conspiracy

That on or about December of 2003 and continuing up to and including February 2004, in the State and Federal Judicial District of Nevada and elsewhere,

**Rene Oswald COBAR and
Luis Angel GONZALEZ-Largo aka "Lucho"**

the defendants, did knowingly and intentionally combine conspire confederate and agree with others known and unknown to distribute cocaine, a Schedule II controlled substance, in violation of 21 USC 846 Complainant, as a Special Agent with the Drug Enforcement Administration, states the following as and for probable cause:

1. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA) currently assigned to the Las Vegas District Office (LVDO) and have been so employed for approximately seven years. I have received specialized training in investigating the manufacturing, distribution and transportation of controlled substances to include, but not limited to, cocaine, marijuana, heroin, MDMA and methamphetamine. As a result, I am familiar with how drug traffickers conceal, transport and distribute controlled substances throughout the United States. I am assigned to Enforcement Group One at the LVDO which is responsible for investigating the distribution and trafficking of controlled substances.

2. The following is the result of my own investigation or was provided by other Special Agents and narcotics law enforcement investigators.

3. In August 2003, a confidential informant ("CI") provided information to the Las Vegas, Nevada, Metropolitan Police Department ("LVMPD") that defendant Cobar, who lived in Las Vegas, was engaged in drug trafficking with his sources of supply.

4. On September 26, 2003, the CI introduced Cobar to undercover (UC) Detective Orestes Guerra (using the name "Favio") at the Bahama Breeze Restaurant in Las Vegas. Detective Guerra presented himself as one who was interested in making a multi-kilogram purchase of cocaine powder. He told Cobar that he was willing to buy 400 kilos of cocaine at $7,000/kilo for a total of $2.8 million, but that he would need some time to get his money together.

5. On October 9, 2003, UC Guerra and the CI met Cobar at the Yolies Brazilian Steak House in Las Vegas, where they had further discussions about the 400 kilo deal. Guerra said that he was not yet ready. Cobar indicated that he had a female contact in Guatemala (Dora Gutierrez) with drug connections who perhaps could do the 400 kilo deal. Guerra tells Cobar that one of his employee's can help with the deal. Using the fictitious name of Jorge Rivera, Inspector Gustavo Jorge of the Policia Tecnicia Judicial ("PTJ") is a Police officer in Panama City, Panama.

6. On October 15, 2003, UC Guerra and the CI met with Cobar at the Bahama Breeze Restaurant for further negotiations. Cobar said that he had spoken with Gutierrez in Guatemala

2

and that she and her drug suppliers were willing to do the deal under Guerra's terms, i.e., the cocaine would be picked up by Guerra in Guatemala and payment would be made in the United States.

7. On November 4, 2003, at a meeting at PT's Pub in Las Vegas, UC Guerra told Cobar that he was ready to complete the 400 kilo deal and that he had an employee, Jorge Rivera, who would be in Panama City the week of November 17, 2003 and he suggested that Gutierrez meet Jorge in Panama City to work out the deal. Later that day, Cobar confirmed with UC Guerra that Gutierrez would meet Guerra's man in Panama City, provided Guerra picked up the expenses for the trip.

8. On November 17, 2003, UC Guerra took Cobar to a Bank of America branch in Las Vegas and got a printout of his purported account at the bank which showed a balance of $3,156,726.23. This showed Cobar that UC Guerra had the finances to do a 400 kilo deal at $7,000 per kilo.

9. On November 10, 2003, UC Guerra sent a $782.28 money order to Gutierrez in Guatemala to cover her travel expenses to meet Guerra's man in Panama City. Gutierrez called Guerra from Panama City and said she wanted him to fly her to Las Vegas so that she could deal with him face-to-face. Gutierrez stated she had direct ties to a Colombian drug cartel.

10. On November 19, 2003, Dora Gutierrez and Jorge Rivera met in Panama City but the two could not come to a mutual agreement about price and delivery and the 400 kilo deal was not consummated. Later that day, at a meeting at PT's Pub, UC Guerra told Cobar about the problems of dealing with Gutierrez and they agreed that if the deal could not be done with her, they would use Cobar's backup source. A few days later, UC Guerra, the CI and Cobar met at PT's Pub and it was agreed to abort any further dealings with Gutierrez and to use Cobar's backup source instead.

11. On December 5, 2003, Cobar talked to the CI who stressed that Favio (UC Guerra) was going to take his business elsewhere unless Cobar could put a deal together in short order. The next day, Cobar called his associate in Central America, "Flaco", from Las Vegas to talk over a possible 400 kilo cocaine deal with UC Guerra. Cobar obtained "Lucho's" (Luis Angel Gonzalez-Largo) name and his phone number in Costa Rica from "Flaco" a few days before. A court

3

authorized Title III was in activation at this time. Therefore, Cobar's phone calls were being intercepted.

12. On December 8, 2003, Cobar again called "Flaco" from Las Vegas, telling him that his client (UC Guerra) had the money and was ready to go. "Flaco" replied that he would send Cobar the name and phone number of his drug source for the deal with UC Guerra. The next day, Cobar called "Flaco" from Las Vegas and asked to do the deal in Panama, and "Flaco" guaranteed that he could deliver 400 kilos of cocaine in Panama.

13. On December 10, 2003, Cobar called "Flaco" from Las Vegas and "Flaco" advised that "Lucho", his supplier, whom Cobar had not yet talked to, had 800 kilos of cocaine in Panama and that he wanted to know whether to set aside 400 kilos for Cobar's client. After discussing the method of payment for the drugs and the background and reliability of "Lucho", "Flaco" suggested that Cobar speak directly with "Lucho", who at the time was in Costa Rica. A few minutes later, Cobar called "Lucho" from Las Vegas and introduced himself. "Lucho" said he had talked to "Flaco" about the deal for Cobar's client in Las Vegas and that he delivered the 400 kilos of cocaine in Panama. Cobar said he would meet with his client the next day to discuss a possible meeting between the client and "Lucho" in Panama. The next day, Cobar phoned UC Guerra and told him that the cocaine deal would have to take place in Panama and the price would be only $4,000 per kilo for 400 kilos.

15. On December 13, 2003, Cobar called "Lucho" from Las Vegas and "Lucho" instructed Cobar that he wanted his share of the proceeds for the 400 kilos to be paid in cash. That same day, Cobar called UC Guerra and advised him that his people wanted $3,000 per kilo paid in cash in Panama, with the remaining $1,000 per kilo to be paid to Cobar in Las Vegas. The next day, UC Guerra called Cobar and agreed to the proposed payment terms.

16. On December 15, 2003, at a meeting at PT's Pub, UC Guerra notified Cobar that the deal had to be postponed. Cobar told UC Guerra that he was anxious to do the deal as soon as possible because he and his family were moving to Miami, Florida, at the end of the month. UC . . .

4

Guerra agreed to come to Miami in January to complete the deal. The next day, Cobar called "Flaco" and "Lucho" from Las Vegas and advised them that the deal had been delayed until early 2004.

17. On December 28, 2003, Cobar called UC Guerra from Miami, Florida, and said the drugs could be delivered any day after January 2, 2004, and a few weeks later UC Guerra advised Cobar in Miami that he was ready to proceed.

18. On January 24, 2004, Cobar called "Flaco" from Miami and confirmed the 400 kilo deal for the second week in February and said that Lucho would soon receive a call from Jorge (Inspector Gustavo Jorge of the PTJ in Panama who continued his undercover role of Jorge Rivera, Guerra's man in Panama). They agreed that the client would pay "Lucho" $3,000 per kilo in Panama and that the $1,000 difference would be paid to Cobar in Miami and that Cobar would then send "Flaco" his cut of the money. "Flaco" advised Cobar that "Lucho" would need four days' notice to get the drugs ready for delivery.

19. On January 28, 2004, Cobar confirmed with UC Guerra that everything was on track for the deal to go down soon.

20. On February 3, 2004, "Lucho" met with Jorge in Panama City and discussed the logistics of delivery and payment. During the meeting UC Guerra called and spoke directly with "Lucho" about payment.

21. On February 5, 2004, UC Guerra called Cobar in Miami and assured him that the deal was going down and that Guerra would make one payment upon delivery of the entire 400 kilos.

22. On February 7, 2004, UC Guerra called Cobar again and confirmed that he would pay Cobar's cut ($400,000) as soon as all the drugs were delivered to Jorge.

23. On February 11, 2004, "Lucho" called Jorge and said he had the 400 kilos at a safe place, but that he could not bring the drugs into Panama City at that time because the police were conducting check-point stops and the truck that Jorge had given him to transport the drugs was unsafe if stopped by the police. Jorge provided "Lucho" with a delivery truck earlier in the day. They agreed that "Lucho" would deliver the drugs the following morning.

24. Also on February 11, 2004, UC Guerra and DEA Agent Michael Brito (who was posing as Guerra's man in Miami) met with Cobar at a bakery in Doral, Florida, and discussed the pending drug delivery by "Lucho" to Jorge in Panama. Later, UC Guerra called Cobar and said he had heard from Jorge that "Lucho" had postponed the deal until the next day.

25. On February 12, 2004, the delivery that "Lucho" had promised to Jorge did not materialize because of logistical problems. Ultimately, "Lucho" returned Jorge's truck without the drugs and the deal was called off. During the next few days, Cobar called UC Guerra from Miami several times and the two discussed the possibility of doing the 400 kilo cocaine deal with one of "Flaco's" other drug sources, but the deal never came to pass.

//S//
_____
ANTHONY J. CASULLO, JR. Special Agent
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me
this 13th day of December, 2006

LAWRENCE R. LEAVITT
_____
UNITED STATES MAGISTRATE JUDGE